Case 3:23-mj-02448-DEB   Document 1   Filed 07/13/23   PageID.1   Page 1 of 2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Magistrate Case No. **'23 MJ2448** |
| Plaintiff,      ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v.      ) | |
| ) | Title 8 U.S.C. Sec. 1324(a)(2)(B)(iii) |
| Hoi Trung HO,      ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant.      ) | |

The undersigned complainant, being duly sworn, states:

On or about July 12, 2023, within the Southern District of California, Defendant, Hoi Trung HO, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien, namely, Tao LYU, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Carlo E. Nazareno, Task Force Officer
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on July 13, 2023.

DANIEL E. BUTCHER
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

The complainant states that Tao LYU, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 12, 2023, at approximately 4:25 P.M., a CBP Officer was conducting pre-primary roving operations at the San Ysidro, California port of entry lane #33. The CBP Officer approached a red Saturn Outlook bearing California license plates and made contact with the driver, Hoi Trung HO (Defendant), who presented a California driver license and stated he was in Tijuana to visit a friend's Korean barbeque restaurant and now going to Los Angeles, California. The CBP Officer obtained two negative customs declarations and noted Defendant's hand was shaking and speaking in a rushed manner. The CBP Officer conducted an inspection and noticed what appeared to be the top of a person's head with black hair behind the dashboard and a white shoe in the center console. Defendant was handcuffed and escorted to the security office. The vehicle was driven to secondary for further inspection.

In secondary, CBP Officers conducted further inspection and assisted an individual was sitting in a L-shaped position with the upper body concealed in the dashboard and the legs stretched across the center console of the vehicle. The CBP Officers removed the panels and assisted a female out of the compartment. She was later identified as Tao LYU, determined to be a citizen of China without documents to enter the United States and is now being held as a Material Witness (MW).

Post Miranda, Defendant admitted knowledge of the individual concealed in the vehicle he was driving, was to be given a drop off location through cellphone after successfully entering the United States and was to be paid $3,000 US dollars for smuggling one individual.

During a video-recorded interview, the MW admitted to being a citizen of China without documents to enter the United States. MW stated she was to pay a smuggling fee of 300,000 Chinese Yuan (about $41,800 USD). MW stated she was going to Los Angeles or New York to work at a restaurant and/or a massage parlor to work of the smuggling fee.